NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREGORY BAKA,**

*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**

*Respondent*

---

2016-2351

---

Petition for review of the Merit Systems Protection Board in No. SF-3330-15-0436-I-2.

---

**JUDGMENT**

---

GREGORY BAKA, Dublin, CA, argued pro se.

JIMMY MCBIRNEY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent.  Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  July 14, 2017  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |